IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDALL F. SOBOL, <br><br> Plaintiff, <br><br> vs. <br><br> LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE <br><br> Defendant. | CIVIL NO. 1:22-cv-00170 <br><br> DEMAND FOR JURY TRIAL |

DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues and claims properly triable as of right by a jury.

DATED: April 15, 2022 at Honolulu, Hawaii

By    /s/ Jennifer A.M.S. Coburn
        JENNIFER A.M.S. COBURN

        Attorney for Plaintiff
        RANDALL F. SOBOL